Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
 & COUGHRAN, P.S.
1325 Fourth Ave Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: noelled@mrbclaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL WORKERS 401K SAVINGS PLAN TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>         Plaintiffs,<br>v.<br><br>DBE ELECTRIC, INC., Washington corporation, UBI No. 602952513, Contractor's Registration No. DBEELEI912PM; TRINITY CONTRACTORS, INC.; OLD REPUBLIC SURETY COMPANY, Payment and Performance Bond No. YCN2419808; and the CITY OF REDMOND,<br><br>         Defendants. | NO.<br><br>COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT AND FOR FORECLOSURE OF LABOR LIEN AGAINST PUBLIC WORKS CONTRACT AND PERFORMANCE BOND RETENTION |

The plaintiffs allege as follows:

COMPLAINT – 1

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6900 012 tl051201

# I.   PARTIES, JURISDICTION & VENUE

1. The Puget Sound Electrical Workers Healthcare Trust (the "PSEW Healthcare Trust") is a trust fund created pursuant to §302(c) of the Labor Management Relations Act of 1947 on February 23, 1954, and subsequently amended, for the purpose of providing eligible employees, dependents, and beneficiaries with healthcare and related benefits. It maintains a principal office on Mercer Island, King County, Washington.

2. The Puget Sound Electrical Workers Pension Trust (the "PSEW Pension Trust") is a trust fund created for the purpose of providing benefits for the support of eligible employees after retirement and/or their beneficiaries pursuant to a pension plan. It maintains its principal and administration offices on Mercer Island, King County, Washington.

3. The Puget Sound Electrical Workers 401K Savings Plan Trust[1] (the "401K Savings Plan") is a trust fund created for the purpose of providing benefits for the support of eligible employees after retirement and their beneficiaries pursuant to a 401K savings plan. It maintains its principal and administration offices on Mercer Island, King County, Washington.

4. The Puget Sound Electrical Joint Apprenticeship & Training Trust (the "Joint Apprenticeship & Training Trust") is a trust fund created for the purpose of providing education benefits to eligible employees. It maintains its principal and administrative offices on Mercer Island, King County, Washington.

5. The National Electrical Benefit Fund ("NEBF") is a Taft-Hartley pension plan established for the purpose of providing eligible members and retirees with pension benefits.

---

[1] Formerly known as the Local 46 Retirement Annuity Trust.

COMPLAINT – 2

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6900 012 tl051201

The NEBF maintains its principal office in the District of Columbia and its administrative office in Rockville, Montgomery County, Maryland.

6. Plaintiffs Boards of Trustees of the Trust Funds are the Plan Sponsors and governing bodies of the Trust Funds. The Plaintiffs are commonly known as the Puget Sound Electrical Workers Trust Funds (or the "Trust Funds").

7. Defendant DBE Electric, Inc. ("DBE") is a Washington corporation with its principal place of business in Auburn, King County, Washington.

8. At all times material, DBE was engaged in business within the jurisdiction of this Court, and such business affects commerce within the meaning of Section 301(a) of the Act.

9. Defendant Trinity Contractors, Inc. (hereafter "General Contractor"), a Washington corporation, is the general contractor on the Targeted Safety Improvement Program & Traffic Calming Project (hereafter "TSIP Project") and is in the business of providing general contracting services.

10. Defendant Old Republic Surety Company, (hereafter "Surety") is an insurance company doing business in the State of Washington.

11. Under the laws of the State of Washington (RCW 39.08.010, *et seq.*) and under Payment and Performance Bond No.YCN2419808 issued by the Surety to the General Contractor, the Surety has agreed to pay fringe benefit contributions, liquidated damages, and interest to the Trust Funds on behalf of the employees of its subcontractors who performed work on the TSIP Project.

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6900 012 tl051201

12. The City of Redmond contracted with the General Contractor for work on the TSIP Project.

13. Jurisdiction is conferred on this Court by Section 301(a) of the Act and Sections 502(e)(1) and 515 of ERISA, 29 U.S.C. §§ 1132(e)(1) and 1145.  Because the Trust Funds' claims against the General Contractor, Surety, and City of Colville arise out of a common nucleus of operative facts, this Court also has jurisdiction under 28 U.S.C. § 1367.

14. Pursuant to 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), venue is appropriate in the Division of Seattle, King County, WA.

## II.   FIRST CAUSE OF ACTION:  BREACH OF COLLECTIVE BARGAINING AGREEMENT/DELINQUENT CONTRIBUTIONS

15. Plaintiffs re-allege the facts set forth in paragraphs 1 through 14 as above as if stated fully herein and further allege as follows:

16. At all material times, DBE has been signatory to an Inside Construction Agreement ("Agreement") with the Puget Sound Chapter, NECA ("NECA") and the IBEW Local 46 Union (the "Union"), which incorporates by reference the Trust Agreements for the Trust Funds.

17. The Agreement and Trust Agreements require DBE to make contributions to the Trust Funds for the hours worked on behalf of their covered employees.

18. At all material times, DBE has employed employees for whom employee benefit contributions and/or withheld wages are due under the Agreement.

19. At all material times DBE has failed and/or refused to timely make its required contributions for the hours worked by its employees to the Trusts.

COMPLAINT – 4

6900 012 tl051201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

20. DBE owes the Trust Funds $20,994.84 in unpaid employee benefit contributions for the audit period of February 2016 through May 2017 for hours worked by its employees on the TSIP Project, as well as costs and attorney fees for bringing this suit, all in an amount to be proved on motions or at trial.

21. Under the terms of the CBA, the Trust Agreements and ERISA § 502(g)(2), DBE is also obligated to pay liquidated damages, interest, reasonable attorney fees, and costs and expenses of suit.

22. DBE owes $2,805.88 in interest and $1,950.26 in liquidated damages for work performed on the TSIP Project as well as costs, attorney fees, and reasonable expenses of suit.

### III.   SECOND CLAIM FOR RELIEF: PUBLIC WORKS BOND

23. Plaintiffs re-allege the allegations contained in paragraphs 1 through 22 of this complaint as if stated fully herein, and further allege as follows:

24. At all material times, the General Contractor, contracted with the City of Redmond to perform general contracting work on the TSIP Project, located in Redmond, WA.

25. At all material times, the General Contractor contracted with the DBE to perform subcontracting work on the TSIP Project.

26. DBE has failed and refused to make the required monthly contributions to the Trust Funds for work covered by the Agreement performed on the TSIP Project by its employees.

27. A Notice of Claim of Lien was filed on September 5, 2018. Notice was provided to the City of Redmond, the General Contractor and the Surety. A true and correct copy of the notice is attached as Exhibit A. This action to foreclose on this claim is

COMPLAINT – 5

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6900 012 tl051201

1  commenced more than thirty days but within four months from the date of the notice, and in
2  accordance with the laws of the State of Washington.

3  28. Under RCW 39.08.010, *et seq.*, the Surety issued Payment and Performance
4  Bond No. YCN2419808 to the General Contractor and agreed to pay wages and fringe benefit
5  contributions on behalf of the employees who performed work on the TSIP Project.

6  29. In accordance with RCW 39.08.010, *et seq.* the Trust Funds are entitled to
7  recover $20,994.81 in unpaid employee benefit contributions, $2,805.88 in interest and
8  $1,950.26 in liquidated damages for work performed on the TSIP Project, as well as costs and
9  attorney's fees from the proceeds of the Surety's Performance and Payment Bond No.
10 YCN2419808 issued to the General Contractor for work performed on the TSIP Project.

## IV.   PRAYER FOR RELIEF

WHEREFORE, the Trust Funds pray for a money judgment as follows:

a.   Against the DBE Electric, Inc. for the full amount of contributions, liquidated damages, interest, and reasonable attorney's fees, and costs and expenses of suit found to be owing to the Trust Funds to the date of the judgment herein;

b.   Against the defendant General Contractor, Trinity Contractors, Inc., for the full amount of contributions, interest, reasonable attorney's fees, and costs and expenses of suit found to be owing to the Trust Funds to the date of judgment herein, not to exceed the penal sum of the bond;

c.   Against the defendant Surety, Old Republic Surety Company, Payment and Performance Bond No.YCN2419808 for the full amount of contributions, interest, reasonable attorney's fees, and costs and expenses of suit found to be owing to the plaintiff Trust Funds to the date of judgment herein, not to exceed the penal sum of the bond; and

d.   For such other and further relief as the Court deems just and equitable.

COMPLAINT – 6

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6900 012 tl051201

1   DATED this 18th day of December, 2018.

2

3                                    /s/ Noelle E. Dwarzski
                                 Noelle E. Dwarzski, WSBA #40041
                                 McKENZIE ROTHWELL BARLOW
4                                  & COUGHRAN, P.S.
                                 1325 Fourth Ave., Suite 910
5                                Seattle, WA 98101
                                 (206) 224-9900
6                                Email: noelled@mrbclaw.com
                                 Attorneys for Plaintiff Trust Funds

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

COMPLAINT – 7

6900 012 tl051201

EXHIBIT A

# McKenzie Rothwell Barlow & Coughran, P.S.

A PROFESSIONAL SERVICES CORPORATION
ATTORNEYS AT LAW

1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101-2573
206.224.9900
Fax 206.224.9820

DIRECT LINE (206) 674-5203
Email: noelled@mrbclaw.com

DAVID S. BARLOW◇
LES M. COUGHRAN•••
FRANK J. MORALES◇◇
LINDA JOSEPHSON•
NOELLE E. DWARZSKI••
DOUGLAS M. LASH*

*ASSOCIATE*
NATHANIEL O. PARR◇◇

*OF COUNSEL*
JEFFREY G. MAXWELL•••
CATHERINE A. ROTHWELL
BRUCE MCKENZIE**

◇ALSO ADMITTED IN OREGON AND MINNESOTA
◇◇ALSO ADMITTED IN ALASKA
•ALSO ADMITTED IN CONNECTICUT AND MISSOURI
••ALSO ADMITTED IN MICHIGAN, MONTANA AND OREGON
*ALSO ADMITTED IN MICHIGAN AND CALIFORNIA
**ALSO ADMITTED IN DISTRICT OF COLUMBIA
•••ALSO ADMITTED IN OREGON AND ALASKA

September 5, 2018
File No. 6900.012

City of Redmond
PO Box 97010
Redmond, WA   98073-9710

Re:   Public Works Lien – 2015-2016 TSIP and Traffic Calming
      General Contractor:  Trinity Contractors, Inc.
      Subcontractor:  DBE Electric, Inc.
      Contract No.  PW# 2017-00

To Whom It May Concern:

Enclosed you will find an original and one copy of our Notice of Claim of Lien in reference to the above-captioned matter.  Please acknowledge by stamping "Copy Received" on the copy and return it to our office in the envelope provided.

If you have any questions, please feel free to contact our office.

Sincerely,

McKENZIE ROTHWELL BARLOW & COUGHRAN, P.S.

Noelle E. Dwarzski

cc:   Old Republic Surety Company
      Trinity Contractors,  Inc.
      DBE Electric, Inc.
      File copy

6900 012 ti051603



NOTICE OF CLAIM OF LIEN
Against Bond and Retained Percentage
(RCW 39.08.030; 39.12.050, 60.28.010; 19.28.120)

| | |
|---|---|
| To: | City of Redmond |
| And To: | Old Republic Surety Company |
| And To: | Trinity Contractors, Inc. |
| And To: | DBE Electric, Inc. |

Notice is hereby given, in accordance with RCW 60.28.010 and 39.08, that the Puget Sound Electrical Worker Trust Funds ("the Trust Funds") have a claim of lien for $20,994.81 in contributions, $1,950.26 in liquidated damages, $2,805.88 in interest and an unknown amount of attorney fees for the months of February 1, 2016 through May 31, 2017 against the retainage on the project and the Contract Bond Number YCN2419808, issued by Old Republic Surety Company to Trinity Contractors, Inc., for work performed by the employees of DBE Electric, Inc. on the following projects for the City of Redmond – 2015-2016 Targeted Safety Improvement Program (TSIP) & Traffic Calming project.

The Trust Funds further have a lien claim for unknown amounts against the retainage and the Bond listed above for unknown amounts of contributions and late fees for the period of June 1, 2017 through current.

DATED this 5th day of September, 2018.

Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
 & COUGHRAN, P.S.
Attorneys for the Claimants
1325 Fourth Ave., Suite 910
Seattle, WA 98101
Tel. No. (206) 224-9900

SUBSCRIBED AND SWORN to before me this 5th day of September, 2018.

NOTARY PUBLIC in and for the State of Washington, residing at Bellevue.
My Commission Expires February 25, 2020

6900 012 ti041615