UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al.,<br><br>                Plaintiffs,<br><br>  v.<br><br>DBE ELECTRIC, INC., a Washington corporation, UBI No. 602952513, Contractor's Registration No. DBEELEI912PM; TRINITY CONTRACTORS, INC.; OLD REPUBLIC SURETY COMPANY, Payment and Performance Bond No. YCN2419808; and the CITY OF REDMOND,<br><br>                Defendants. | C18-1826 TSZ<br><br>ORDER |

      Pursuant to Plaintiffs' Status Report, docket no. 11, advising the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

ORDER - 1

1  NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with

2  prejudice and without costs.

3  In the event settlement is not perfected, any party may move to reopen and trial

4  will be scheduled, provided such motion is filed within **60** days of the date of this Order.

5  The Clerk is directed to send a copy of this Order to all counsel of record.

6  IT IS SO ORDERED.

7  Dated this 28th day of February, 2019.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge